UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 17, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>CODY CRAMER<br><br>  Defendant. | Case No. 2:21-mj-00126-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CODY CRAMER</u> Case No. <u>2:21-mj-00126-KJN</u> Charges <u>18 USC § 922(a)(1)(A)</u> from custody for the following reasons:

    _____ Release on Personal Recognizance

    __X__ Bail Posted in the Sum of $ _____

    __X__ Unsecured Appearance Bond $ _50,000.00 co-signed by Amanda Cramer, Staci and Jarrod Tuck_

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety as stated on the record in open court.

    _____ Corporate Surety Bail Bond

    _____ (Other):

Issued at Sacramento, California on at 2:00 PM on August 17, 2021

Dated: August 17, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE